# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Global Geophysical Services, Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Louis M. Kuster, ) | Case No. 4:15-cv-016 |
| ) | |
| Defendant. ) | |

Plaintiff initiated the above entitled action by complaint in February 2015, seeking: (1) a declaration of its right to conduct geophysical exploration activities on property owned by defendant in Mountrail County, North Dakota; and (2) preliminary and permanent injunctive relief to prevent defendant from interfering with its ability to exercise this right.

On motion by plaintiff, the court issued an order in which it temporarily restrained defendant from interfering with plaintiff's engagement in geophysical exploration activities on her property and scheduled hearing for February 25, 2015, to consider whether a preliminary injunction should be issued. Pursuant to stipulations subsequently filed by the parties, it extended the temporary restraining order and continued the hearing until April 20, 2015.

On April 20, 2015, the court dissolved the temporary restraining order and cancelled the hearing at plaintiff's request and after being advised by plaintiff that it had completed its activities on defendant's property. There has since been no apparent activity in this case.

To assess where things now stand and to determine how the parties wish to proceed, the undersigned shall conduct a status conference by telephone on December 18, 2015, at 10:00 a.m. CST. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2015.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court